■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANAIR MILTON, Appellant. [19 NYS3d 419]—Appeals having been

taken to this Court by the above-named appellant from the judgments of the Supreme Court, New York County (Renee White, J.), rendered on or about May 22, 2012, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur— Acosta, J.P., Saxe, Richter, Gische and Kapnick, JJ.